# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH CARROLL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN TIRE DISTRIBUTORS, INC. and DOES 1 through 20,<br><br>　　　　Defendant. | Case No. 5:19-cv-02193 JAK (SHKx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II) (DKT. 11)**<br><br>JS-6 |

Having considered the stipulation seeking a dismissal of this action (the "Stipulation"), the Court finds good cause to **GRANT** the Stipulation. Accordingly, it is Ordered that this action is dismissed with prejudice as to all parties and its entirety; each party to bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 31, 2020　　　　　_____
　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE